ASCOT REALTY LLC, Appellant, v DR. GEOFFREY RICHSTONE, Respondent.

Submitted February 22, 2005; decided April 5, 2005

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in the Civil Court of the City of New York (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).